JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN OMAR DIAZ GUEVARA, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CHAFFEY JOINT UNION HIGH SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No. ED CV 20-1929 FMO (SPx)<br><br>**JUDGMENT** |

　　　　Pursuant to the Court's Order Re: Cross-Motions for Summary Judgment, IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

Dated this 29th day of September, 2022.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　United States District Judge